UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Susan D. Wigenton |
| v. : | Crim. No. 15-193 (SDW) |
| WILLIAM E. BARONI, JR. and : | |
| BRIDGET ANNE KELLY : | |

## VERDICT FORM

We, the jury, unanimously find:

### COUNT 1
(Conspiracy to Obtain by Fraud, Knowingly Convert, and Intentionally Misapply Property of an Organization Receiving Federal Benefits)

**William E. Baroni, Jr.**

NOT GUILTY _____       GUILTY __X__

**Bridget Anne Kelly**

NOT GUILTY _____       GUILTY __X__

### COUNT 2
(Obtaining by Fraud, Knowingly Converting, and Intentionally Misapplying Property of an Organization Receiving Federal Benefits)

**William E. Baroni, Jr.**

NOT GUILTY _____       GUILTY __X__

**Bridget Anne Kelly**

NOT GUILTY _____       GUILTY __X__

## COUNT 3
### (Conspiracy to Commit Wire Fraud)

**William E. Baroni, Jr.**

NOT GUILTY_____        GUILTY\_\_\_\_X\_\_\_\_

**Bridget Anne Kelly**

NOT GUILTY_____        GUILTY\_\_\_\_X\_\_\_\_

## COUNT 4
### (Wire Fraud)

**Bridget Anne Kelly (only)**

NOT GUILTY_____        GUILTY\_\_\_\_X\_\_\_\_

## COUNT 5
### (Wire Fraud)

**William E. Baroni, Jr. (only)**

NOT GUILTY_____        GUILTY\_\_\_\_X\_\_\_\_

## COUNT 6
### (Wire Fraud)

**Bridget Anne Kelly (only)**

NOT GUILTY_____        GUILTY\_\_\_\_X\_\_\_\_

## COUNT 7
### (Wire Fraud)

**William E. Baroni, Jr. (only)**

NOT GUILTY_____        GUILTY\_\_\_\_X\_\_\_\_

## COUNT 8
### (Conspiracy Against Civil Rights)

**William E. Baroni, Jr.**

NOT GUILTY _____    GUILTY __X__

**Bridget Anne Kelly**

NOT GUILTY _____    GUILTY __X__

## COUNT 9
### (Deprivation of Civil Rights)

**William E. Baroni, Jr.**

NOT GUILTY _____    GUILTY __X__

**Bridget Anne Kelly**

NOT GUILTY _____    GUILTY __X__


FOREPERSON: _[signature]_

DATE: _Nov. 4TH 2016_