UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                          DATE: March 29, 2017
JUDGE: Susan D. Wigenton

COURT REPORTER:  Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                                                              Docket#  15-CR-193-1
U.S.A. v. WILLIAM E. BARONI, JR.

**APPEARANCES:**
Lee M. Cortes, AUSA for the Govt
David W. Feder, AUSA for the Govt
Vikas Khanna, AUSA for the Govt
Michael A. Baldassare, Esq., for the Deft
Jennifer Mara, Esq., for the Deft
Stephen M. Orlofsky, Esq. for the Deft
Carlos Francisco Ortiz, Esq. for the Deft
Mayling C. Blanco, Esq. for the Deft
Dillon H. Malar, Esq. for the Deft

NATURE OF PROCEEDING:  **SENTENCING**

Defendant sentenced to 24 months imprisonment;
1 year supervised release;
Fine: $7,500.00 – due immediately;
Special assessment: $625.00 – due immediately;
Restitution: $14,314.04 – due immediately;
Special Conditions:
  1) 500 hours community service
  2) Financial Disclosure
  3) New Debt Restrictions
  4) Occupational Restrictions
Deft to voluntary surrender.

Time Commenced:  10:35 a.m.
Time Adjourned:  12:20 p.m.
Total time:  1 hr. 45 mins.
Cc: Chambers                                                              Carmen D. Soto
                                                                                          Deputy Clerk