UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM E. BARONI, JR., and BRIDGET ANNE KELLY,<br><br>Defendants. | Hon. Susan D. Wigenton<br><br>Docket No.: Cr. 15-193 (SDW)<br><br>ORDER AMENDING REPORTING DATES FOR SURRENDER |

THIS MATTER having come before the Court upon the joint application of Blank Rome LLP and Baldassare & Mara, LLC, counsel for defendant William E. Baroni, Jr. ("Baroni"), and Critchley, Kinum & DeNoia, LLC, counsel for defendant Bridget Anne Kelly ("Kelly"); and this Court having granted bail pending appeal during Baroni and Kelly's respective sentencing hearings; and this Court having requested the defendants to notify it if the appeals were still pending at the time of Baroni and Kelly's reporting dates; and the defendants having advised the Court by letter dated August 30, 2017 (ECF #355) that their respective appeals are still pending; and for good cause shown:

IT IS, on this ___6th___ day of September, 2017,

ORDERED that the reporting dates for the voluntary surrenders of Baroni and Kelly are hereby extended to April 2, 2018; and

IT IS FURTHER ORDERED that Baroni and Kelly shall, on or before March 2, 2018, notify this Court if their respective appeals are still pending and request a further extension of the reporting dates.

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

149616.00601/106116399v.1