UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Susan D. Wigenton |
| v. | Docket No.: Cr. 15-193 (SDW) |
| WILLIAM E. BARONI, JR., and BRIDGET ANNE KELLY, | **ORDER AMENDING REPORTING DATES FOR SURRENDER** |
| Defendants. | |

THIS MATTER having come before the Court upon the joint application of Blank Rome LLP and Baldassare & Mara, LLC, counsel for defendant William E. Baroni, Jr. ("Baroni"), and Critchley, Kinum & DeNoia, LLC, counsel for defendant Bridget Anne Kelly ("Kelly"); and this Court having granted bail pending appeal during Baroni and Kelly's respective sentencing hearings; and this Court having ordered Baroni and Kelly to notify it if the appeals were still pending as of March 2, 2018; and the defendants having advised the Court by letter dated March 2, 2018 that their respective appeals are still pending; and for good cause shown:

IT IS, on this 5th day of March, 2018,

ORDERED that the reporting dates for the voluntary surrenders of Baroni and Kelly are hereby extended to October 2, 2018; and

IT IS FURTHER ORDERED that Baroni and Kelly shall, on or before September 2, 2018, notify this Court if their respective appeals are still pending and request a further extension of the reporting dates.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

149616.00601/106675403v.1