UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1817
_____

UNITED STATES OF AMERICA

v.

WILLIAM E. BARONI, JR.,
                            Appellant

_____

No. 17-1818
_____

UNITED STATES OF AMERICA

v.

BRIDGET ANNE KELLY,
                            Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 2-15-cr-00193-001 and 2-15-cr-00193-002)
District Judge: Honorable Susan D. Wigenton

_____

Argued: April 24, 2018

Before: AMBRO, SCIRICA, and SILER, JR.[♦], *Circuit Judges*.

_____

JUDGMENT
_____

---

[♦] Honorable Eugene E. Siler, Jr., United States Court of Appeals for the Sixth Circuit, sitting by designation.

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on April 24, 2018.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 31, 2017, be, and the same is hereby AFFIRMED in part, REVERSED in part, and REMANDED.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATED:  November 27, 2018