

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*
*Special Prosecutions Division*

---

970 Broad Street, Suite 700  (973) 645-2700
Newark, New Jersey 07102

December 18, 2018

Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   *United States v. William E. Baroni, Jr. and Bridget Anne Kelly*
            Crim. No. 15-193 (SDW)

Dear Judge Wigenton:

      This responds to defendants' joint letter of December 14, 2018. The Government consents to the defendants' request for the Court to enter an order vacating the control dates for their surrenders until re-sentencing and directing them to file a status update with the Court on or before January 11, 2019.

                              Respectfully submitted,

                              MARK E. COYNE
                              Attorney for the United States*

                By:   /s/*Lee M. Cortes, Jr.*
                         Lee M. Cortes, Jr.
                         Vikas Khanna
                         David W. Feder
                         Assistant U.S. Attorneys

cc:    Carlos F. Ortiz, Esq.
       Michael Baldassare, Esq.
       Michael Critchley, Esq.

---

\*    Acting under authority conferred by 28 U.S.C. § 515.