UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM E. BARONI, JR., and BRIDGET ANNE KELLY,<br><br>Defendants. | Hon. Susan D. Wigenton<br><br>Docket No.: Cr. 15-193 (SDW)<br><br>**ORDER SETTING SCHEDULE FOR RE-SENTENCING OF DEFENDANT WILLIAM E. BARONI** |

THIS MATTER having come before the Court upon the application of Blank Rome LLP counsel for defendant William E. Baroni, Jr. ("Baroni"); and this Court having granted bail pending appeal during Baroni's sentencing hearings and the Third Circuit having issued its opinion; and this Court having ordered Baroni to notify if he intended to petition the Third Circuit for panel rehearing or rehearing *en banc*; and the defendant having advised the Court by letter dated January 11, 2019 of his decision not to pursue such petition and of the status of his remaining appellate rights; and for good cause shown:

IT IS, on this 14th day of January, 2019,

ORDERED that Baroni's re-sentencing is scheduled for February 20, 2019 @ 11:30 a.m.; and

~~IT IS FURTHER ORDERED that the U.S. Probation Office shall meet with Baroni by _____, 2019 to gather facts that have developed during the pendency of the appeal that may be relevant to re-sentencing;~~

IT IS FURTHER ORDERED that ~~Baroni shall have until _____, 2019 to submit a supplemental sentencing memorandum.~~ Simultaneous Sentencing Submissions are due 2/13/19.

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE