UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Susan D. Wigenton |
| v. | Docket No.: Cr. 15-193 (SDW) |
| WILLIAM E. BARONI, JR., and BRIDGET ANNE KELLY, | **ORDER GRANTING BAIL** |
| Defendants. | |

**THIS MATTER** having come before the Court upon the unopposed application of Michael A. Levy, Esq., of Sidley Austin LLP and Stephen M. Orlofsky, Esq., of Blank Rome LLP, counsel for defendant William E. Baroni, Jr. ("Baroni"); and the Court having considered the relevant papers and arguments; and the Court finding that Baroni is neither a flight risk nor a safety concern; and the Court finding that Baroni's appeal raises substantial questions justifying release on bail; and the Court having determined that, in the unusual circumstances of this case, even were bail unavailable under Title 18, United States Code, Section 3143(b), it would be appropriate through Title 28, United States Code, Section 2255; and for other good cause shown:

IT IS, on this 1st day of July 2019:

1. **ORDERED** that Baroni's Motion for Bail is GRANTED pending disposition of his and Bridget Kelly's case in the United States Supreme Court and, in the event

Baroni's conviction is not affirmed, for such additional time as the case remains on appeal; and it is further

2. **ORDERED** that, in accordance with the above, the Bureau of Prisons shall release Baroni FORTHWITH ; and it is further

3. **ORDERED** that the conditions of bail in place immediately prior to Baroni's surrender to serve his sentence are reimposed, with Baroni to re-execute the previously entered bond within seven days of his release.

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE