

# U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700　　　　(973) 645-2700
Newark, New Jersey 07102

May 12, 2020

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: *United States v. William E. Baroni, Jr. and Bridget Anne Kelly*
    Crim. No. 15-193 (SDW)

Dear Judge Wigenton:

  This responds to the motions filed by defendants William E. Baroni, Jr. and Bridget Anne Kelly to vacate their convictions, sentences, and bail conditions. The Government consents to the cancelling of bail and the removal of all related restrictions for both Baroni and Kelly. As for their convictions and sentences, at present, jurisdiction has not yet been returned to this Court. Once that procedural bar falls away, the Court can act on the balance of their motions.

           Respectfully submitted,

           MARK E. COYNE
           Attorney for the United States*

      By: */s/ Lee M. Cortes, Jr.*
         Lee M. Cortes, Jr.
         Assistant U.S. Attorney

cc: Stephen Orlofsky, Esq.
   Michael Critchley, Esq.

---

\* Acting under authority conferred by 28 U.S.C. § 515.