UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM E. BARONI, JR., and<br>BRIDGET ANNE KELLY,<br><br>Defendants. | Docket No.: Cr. 15-193 (SDW)<br><br>The Honorable Susan D. Wigenton<br>United States District Judge<br><br>**ORDER**<br><br>*Electronically Filed* |

**THIS MATTER** having been opened to the Court on application of Stephen M. Orlofsky, Esq., of the law firm Blank Rome LLP, counsel for Defendant William E. Baroni, Jr., for an Order vacating Defendant's bail and all related restrictions; and the Court having considered the moving papers; and the Government having consented to the cancelling of bail and the removal of all related restrictions in its letter dated May 12, 2020 (ECF No. 404); and for other good cause shown:

**IT IS** on this __19th__ day of __May__ 2020:

1. **ORDERED** that Defendant's bail, and all related restrictions, are **VACATED**; and it is further

2. **ORDERED** that the Order Setting Conditions of Release is **VACATED**, and it is further

3. **ORDERED** that the Appearance Bond securing the attendance of Defendant William E. Baroni, Jr., is **EXONERATED**; and it is further

123300193

4.  **ORDERED** that the sureties on the Appearance Bond, listed below, are **RELEASED** from any further obligations; and it is further

5.  **ORDERED** that the security for the Appearance Bond, which is real property located at 12 Berrywood Drive, Hamilton, New Jersey 08619, be **RETURNED** to the sureties listed below without encumbrances, except those encumbrances that exist independent of the use of the property as security:

> William E. Baroni, Sr. & June Baroni
> 12 Berrywood Drive
> Hamilton, New Jersey 08619.

6.  **IT IS FURTHER ORDERED** that Defendant William E. Baroni, Jr.'s passports and other travel documents be **RETURNED** to him.

> _s/ Susan D. Wigenton_
> The Honorable Susan D. Wigenton
> United States District Judge