# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-1817

USA v. William Baroni, Jr.

2-15-cr-00193-001

**O R D E R**

The mandate issued on January 11, 2019, is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: June 8, 2020

cc:     Mark E. Coyne, Esq.
         Bruce P. Keller, Esq.
         Syed Y. Latifi, Esq.
         Matthew J. Letten, Esq.
         Michael A. Levy, Esq.
         Michael D. Mann, Esq.
         Nicholas M. McLean, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk