

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700  (973) 645-2700
Newark, New Jersey 07102

June 8, 2020

Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   *United States v. William E. Baroni, Jr. and Bridget Anne Kelly*
           Crim. No. 15-193 (SDW)

Dear Judge Wigenton:

    This responds to the renewed requests of defendants William E. Baroni, Jr. and Bridget Anne Kelly to vacate their convictions that were filed today, June 8, 2020. Also today, the U.S. Supreme Court issued its judgment in *Kelly v. United States*, No. 18-1059, and the Third Circuit recalled its mandates with respect to Kelly (ECF 407) and Baroni (ECF 410). Jurisdiction over both of these matters remains with the Third Circuit. Once the Circuit issues an order returning jurisdiction to this Court, then the Court may act upon Baroni's and Kelly's requests.

                              Respectfully submitted,

                              MARK E. COYNE
                            Attorney for the United States[*]

        By:    /s/*Lee M. Cortes, Jr.*
                 Lee M. Cortes, Jr.
                 Assistant U.S. Attorney

cc:   Stephen Orlofsky, Esq.
       Michael Critchley, Esq.

---

[*]   Acting under authority conferred by 28 U.S.C. § 515.