

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

June 18, 2020

United States District Court
Clerk's Office
Attn: Michael Dixon
King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      Re: United States v. William E. Baroni, Jr.
         <u>Crim. No. 15-193</u>

Dear Mr. Dixon:

    This matter has been completed with respect to defendant William E. Baroni, Jr.  Please cancel your Personal Recognizance Bond no. NEW5003 for $150,000.00, which was filed on May 4, 2015 and amended on December 7, 2016 (secured with property).

    Any judgments or liens associated with this recognizance bond may be cancelled of record. Thank you for your assistance.

                            Respectfully submitted,

                            MARK E. COYNE
                            Attorney for the United States*

                            *s/Lee M. Cortes, Jr.*

            By:    LEE M. CORTES, JR.
                    Assistant U.S. Attorney

_____

\*    Acting under authority conferred by 28 U.S.C. § 515.